# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2005

Clifford W. Taylor,
Chief Justice

130107
& (15)
(16)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARK ALLEN MURDOCK,
                Plaintiff-Appellant,

v

WAYNE CIRCUIT JUDGE,
                Defendant-Appellee.

SC: 130107
COA: 264482
Wayne CC: 03-320706-CZ

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 26, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2005

_____
Clerk